IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| ISRAEL VELA | § | |
| VS. | § | CIVIL ACTION NO. 1:22-CV-33 |
| DIRECTOR, TDCJ-CID | § | |

REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

Petitioner, Israel Vela, an inmate currently confined at the Mark Stiles Unit, proceeding *pro se*, filed an application for writ of habeas corpus. The Clerk of Court docketed the application for writ of habeas corpus as one filed pursuant to 28 U.S.C. § 2254.

The above-styled action was referred to the undersigned magistrate judge pursuant to 28 U.S.C. § 636 and the Local Rules for the Assignment of Duties to the United States Magistrate Judge for findings of fact, conclusions of law, and recommendations for the disposition of the case.

Discussion

Petitioner filed a form Application for a Writ of Habeas Corpus Seeking Relief from Final Felony Conviction Under Code of Criminal Procedure Article 11.07 on February 1, 2022 (Doc. # 1). A review of the Texas Court of Criminal Appeals website reveals that Petitioner has not filed an application for state habeas review to date. It would appear Petitioner improvidently filed his state application for habeas relief in federal court.

Recommendation

For the foregoing reasons, it is recommended that the petition for writ of habeas corpus be dismissed without prejudice as improvidently filed.

Objections

Within fourteen (14) days after receipt of the magistrate judge's report, any party may serve and file written objections to the findings of facts, conclusions of law and recommendations of the magistrate judge. 28 U.S.C. § 636(b)(1)(c).

Failure to file written objections to the proposed findings of facts, conclusions of law and recommendations contained within this report within fourteen (14) days after service shall bar an aggrieved party from the entitlement of *de novo* review by the district court of the proposed findings, conclusions and recommendations and from appellate review of factual findings and legal conclusions accepted by the district court except on grounds of plain error. *Douglass v. United Servs. Auto. Assoc'n.,* 79 F.3d 1415, 1417 (5th Cir. 1996) (en banc); 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72.

SIGNED this 2nd day of February, 2022.

_____
Zack Hawthorn
United States Magistrate Judge